UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FERNANDES,<br><br>        Plaintiff,<br>  v.<br><br>MICHAEL M RASOOLY, et al.,<br><br>        Defendants. | Case No. 13-cv-05797-JSC<br><br>**ORDER TO PLAINITFF TO PROVIDE STATUS UPDATE** |

Plaintiff filed this Americans with Disabilities Act ("ADA") access lawsuit in December 2013.  While the summons was issued on December 17, 2013, the docket does not reflect that any of the defendants have been served.  Plaintiff shall provide the Court with a written update on the status of the case and its resolution on or before September 29, 2014.

**IT IS SO ORDERED.**

Dated: September 15, 2014

                                                        JACQUELINE SCOTT CORLEY<br>
                                                        United States Magistrate Judge